[No. 1902.   Decided February 11, 1896.]

L. W. BALLARD *et ux.*, *Respondents*, v. THE FIRST NA-
TIONAL BANK OF SLAUGHTER *et al.*, *Appellants*.

APPEAL — EXCEPTIONS TO FINDINGS — LACHES.

Exceptions to findings of fact taken nearly a year after their fil-
ing, and nearly three months subsequent to notice of appeal, will
not be considered by the appellate court.

Appeal from Superior Court, King County.—Hon.
J. W. LANGLEY, Judge.   Affirmed.

*Irving B. Knickerbocker*, and *Stratton, Lewis & Gil-
man*, for appellants.

*Smith & Littell*, for respondents.

*Per Curiam:*   Findings of fact were regularly made
and filed in this cause on July 13, 1894, and on Octo-
ber 9th following a decree was rendered in favor of
the plaintiffs.   The defendants took this appeal April
8, 1895.   Up to this time and until July 2d no excep-
tions were taken to the findings.   On said last date
appellants filed exceptions.   The respondents object
to a consideration of the question sought to be raised
by such exceptions on the ground that the same were
not filed in time, which we deem well taken, and the
decree being in harmony with the facts found, and
there being no other point left for our consideration,
the judgment is affirmed.